File Hashes for IP Address 108.35.238.2

**ISP:** Verizon FiOS
**Physical Location:** Fair Lawn, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/03/2014 00:08:24 | E544733E2EB69075129F49B2B62238E7CF473C3C | Sunset Memories |
| 10/28/2014 03:37:59 | 5B3E735FEC92E9FF2521A365DEBB8F20CB1920DD | One Show For Each |
| 10/25/2014 04:27:08 | 7C7A6D44D30CCACDCC246369C14FF4062E071A92 | Do Me Darling |
| 10/24/2014 13:07:50 | 606F4C231A7DB51A05C2F63953192DC03F7A302A | Thunderstorm Love |
| 10/23/2014 03:48:27 | 3133E2D7FCAC9A87BDF0D7AC44CDA7F0EBB0EB64 | A Cloudy Hot Day |
| 10/23/2014 01:08:31 | A909BC97AE33DCEE1824B15071B4392CE0A2BE81 | They Seem so Sweet |
| 10/18/2014 18:49:20 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 10/12/2014 02:04:04 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/09/2014 01:03:40 | 9C892AB5A36C0FF253C78303880823637673C417 | Serving Seduction |
| 10/08/2014 12:04:43 | 3B99003BC6C7A38588E9C051EE35B28595F1BAD2 | Kacey Jordan Does Xart |
| 10/01/2014 03:19:56 | 4A0C0978B6C46D592E1DBD45DCBA94D1F5750D0E | Nice And Slow |
| 09/26/2014 20:10:51 | 148867BFF6A44B5686CB30DAB37C4B30B8A0B6D2 | Cat Fight |
| 09/25/2014 14:02:17 | A459A7303E514FE2DD62587BE70705E3E8E7C518 | Sparks |
| 09/20/2014 15:54:56 | D289ADD783C9AA6ECB960F2A4EB093D01A903CA9 | Fun For Three |
| 09/18/2014 18:33:33 | 172D1AD3C4C5DCDAFD758CD362BEBB1478F7A628 | Sexy and Wild |
| 09/13/2014 19:27:33 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 09/13/2014 17:28:08 | 72170D3804D904DC2C2C1ADAD58F613FFDC550BF | In the Blind |
| 09/06/2014 03:11:58 | 2731D60D1DC4FA8F42FBB05CC1A474B2C3B39B7B | Paint Me White |
| 09/05/2014 22:10:15 | CDBB0F9920593DECE1A3D43F0E8E6CF2126292B4 | Our Little Cum Cottage |
| 09/05/2014 16:32:32 | 6E0BEC2D5843622B516F57F61E5BE08EEE0FEB2F | Taste Me |
| 09/05/2014 02:05:28 | 7BAB8C00A47D71F2D6BF38306BACC1AE73AF82B6 | Tiffanys Tight Ass |
| 08/19/2014 01:01:29 | A4EDD5914856B48C012A27DDE453841A08E33FFB | Elevated Erotica |

EXHIBIT A

CNJ228

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/16/2014 23:16:48 | 3D03F96A8D947928CACB669C7ED7EED03EEC4017 | A Dream Of You |
| 08/09/2014 03:26:06 | E6DA0B834BF1BD17CA492C6B6BB41625A12C82DA | Sapphic Waltz |
| 08/09/2014 02:23:08 | B17BA053DF343FC31EEBA38F0F7FBD8C74C710A1 | Getting Down |
| 08/09/2014 01:52:29 | ED2E4C308EC14E7F4631DA90FDDCE7EB09D5A677 | Inside Perfection |
| 08/09/2014 01:18:41 | 1605D2603CF0DF4D8086B333A28830F4F623CE5E | The Sleepover |
| 08/09/2014 00:58:53 | B1ACA6EF16E7AE3E575DACF92885F157E76C0DA3 | Formidable Beauty |
| 08/08/2014 03:56:55 | 468BE57848368700A734D024FD2493300064965F | Sneak N Peek |
| 08/08/2014 03:56:20 | 59A211F7D88133DD849DDFBAAFA97820A7311AEF | Pretty Back Door Baby |
| 08/08/2014 00:29:49 | 4ED5E9101231B985972A344296E0C65691327C34 | Breakfast At Eves |
| 08/07/2014 17:15:09 | 75DC57F5567F9F3FA7A6988F5510AC0ECA350315 | Paint Me Beautiful |
| 08/06/2014 09:34:49 | 43D11E11172EA4301068F22EF285B67D83103574 | Any And All For You |

**Total Statutory Claims Against Defendant: 33**

EXHIBIT A

CNJ228