**Copyrights-In-Suit for IP Address 108.35.238.2**

**ISP:** Verizon FiOS
**Location:** Fair Lawn, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 11/03/2014 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 10/28/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/25/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 10/24/2014 |
| A Cloudy Hot Day | PA0001918790 | 10/19/2014 | 10/22/2014 | 10/23/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 10/23/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/18/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/12/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/09/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/08/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 10/01/2014 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 09/26/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/25/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/20/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/18/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 09/13/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 09/13/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/06/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/05/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 09/05/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/05/2014 |

EXHIBIT B

CNJ228

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/19/2014 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/16/2014 |
| Sapphic Waltz | PA0001843110 | 05/07/2013 | 05/14/2013 | 08/09/2014 |
| Getting Down | PA0001838601 | 04/25/2013 | 05/14/2013 | 08/09/2014 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 08/09/2014 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 08/09/2014 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 08/09/2014 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 08/08/2014 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 08/08/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/08/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/07/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/06/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  33**

EXHIBIT B

CNJ228