Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No: 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

<div style="text-align:center">

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

</div>

| | | |
|---|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 108.35.238.2,<br><br>                    Defendant. | | Case No. 2:15-cv-00025-CCC-MF |

<div style="text-align:center">

**CERTIFICATION OF RELATED CASES**

</div>

I, Patrick J. Cerillo, certify that the following cases are related:

| | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.70.39.69 | 2:14-cv-03870-ES-MAH | Newark | Esther Salas, D.J.<br>Michael A. Hammer, M.J. |
| 2. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.38.209.12 | 3:14-cv-03945-MAS-DEA | Trenton | Michael A. Shipp, D.J.<br>Douglas E. Arpert, M.J. |
| 3. | Malibu Media, LLC v. John Doe subscriber | 2:14-cv-03989-SDW-MCA | Newark | Susan D. Wigenton, D.J.<br>Madeline Cox Arleo, M.J. |

1

|   | | | | |
|---|---|---|---|---|
|   | assigned IP address 69.116.182.52 | | | |
| 4. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.141.58.135 | 3:14-cv-03974-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J. |
| 5. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.248.91.104 | 2:14-cv-03968-SDW-MCA | Newark | Susan D. Wigenton, D.J. Madeline Cox Arleo, M.J. |
| 6. | Malibu Media, LLC v. John Doe subscriber assigned IP address 72.76.126.122 | 3:14-cv-03980-JAP-LHG | Trenton | Joel A. Pisano, D.J. Lois H. Goodman, M.J. |
| 7. | Malibu Media, LLC v. John Doe subscriber assigned IP address 100.1.51.93 | 2:14-cv-04333-KSH-CLW | Newark | Katharine S. Hayden, D.J. Cathy L. Waldor, M.J. |
| 8. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.237.90 | 2:14-cv-04334-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 9. | Malibu Media, LLC v. John Doe subscriber assigned IP address 50.166.10.61 | 2:14-cv-04340-ES-MAH | Newark | Esther Salas, D.J. Michael A. Hammer, M.J. |
| 10. | Malibu Media, LLC v. John Doe subscriber assigned IP address 74.105.115.205 | 2:14-cv-04394-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |
| 11. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.225.16.233 | 2:14-cv-04387-KM-SCM | Newark | Kevin McNulty, D.J. Steven S. Mannion, M.J. |
| 12. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.176.105 | 2:14-cv-04392-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 13. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.66.5 | 2:14-cv-04398-WHW-CLW | Newark | William H. Walls, D.J. Cathy L. Waldor, M.J. |
| 14. | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.63.115.147 | 2:14-cv-05238-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 15. | Malibu Media, LLC v. John Doe subscriber | 2:14-cv-05239-KSH-CLW | Newark | Katharine S. Hayden, D.J. Cathy L. Waldor, M.J. |

|     |                                                                                       |                        |         |                                                              |
|-----|---------------------------------------------------------------------------------------|------------------------|---------|--------------------------------------------------------------|
|     | assigned IP address 173.63.213.65                                                     |                        |         |                                                              |
| 16. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.142.20.239            | 3:14-cv-05265-FLW-DEA  | Trenton | Freda L. Wolfson, D.J. Douglas E. Arpert, M.J.               |
| 17. | Malibu Media, LLC v. John Doe subscriber assigned IP address 74.105.217.11            | 2:14-cv-05336-CCC-JBC  | Newark  | Claire C. Cecchi, D.J. James B. Clark, III, M.J.             |
| 18. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.234.116.191           | 2:14-cv-05337-SRC-CLW  | Newark  | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J.               |
| 19. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.242.176.232           | 2:14-cv-05338-WJM-MF   | Newark  | William J. Martini, D.J. Mark Falk, M.J.                     |
| 20. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.208.158           | 2:14-cv-05373-ES-JAD   | Newark  | Esther Salas, D.J. Joseph A. Dickson, M.J.                   |
| 21. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.221.25.33             | 2:14-cv-05375-SRC-CLW  | Newark  | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J.               |
| 22. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.24.42.154            | 2:14-cv-05934-SDW-SCM  | Newark  | Susan D. Wigenton, D.J. Steven S. Mannion, M.J.              |
| 23. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.61.193.231           | 3:14-cv-05941-JAP-TJB  | Trenton | Joel A. Pisano, D.J. Tonianne J. Bongiovanni, M.J.           |
| 24. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.63.38.58             | 3:14-cv-05942-PGS-TJB  | Trenton | Peter G. Sheridan, D.J. Tonianne J. Bongiovanni, M.J.        |
| 25. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.63.52.135            | 2:14-cv-05936-SRC-CLW  | Newark  | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J.               |
| 26. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.63.56.248            | 2:14-cv-05937-WJM-MF   | Newark  | William J. Martini, D.J. Mark Falk, M.J.                     |
| 27. | Malibu Media, LLC v. John Doe Subscriber assigned IP address                          | 2:14-cv-05954-JLL-JAD  | Newark  | Jose L. Linares, D.J. Joseph A. Dickson, M.J.                |

| | | | | |
|---|---|---|---|---|
| | 68.38.182.96 | | | |
| 28. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.39.143.170 | 2:14-cv-05956-WHW-CLW | Newark | William H. Walls, D.J. Cathy L. Waldor, M.J. |
| 29. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.83.115.55 | 3:14-cv-05946-JAP-DEA | Trenton | Joel A. Pisano, D.J. Douglas E. Arpert, M.J. |
| 30. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.248.80.112 | 2:14-cv-05958-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |
| 31. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 71.58.41.65 | 3:14-cv-05949-MAS-LHG | Trenton | Michael A. Shipp, D.J. Lois H. Goodman, M.J. |
| 32. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.105.215.16 | 2:14-cv-05961-KM-SCM | Newark | Kevin McNulty, D.J. Steven C. Mannion, M.J. |
| 33. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.105.68.10 | 2:14-cv-05962-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 34. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 96.242.219.235 | 2:14-cv-05963-SDW-SCM | Newark | Susan D. Wigenton, D.J. Steven C. Mannion, M.J. |
| 35. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 96.242.39.52 | 2:14-cv-05964-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 36. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 96.250.232.20 | 2:14-05965-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 37. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 98.109.28.250 | 2:14-cv-05966-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 38. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.35.44.224 | 2:14-cv-06952-CCC-JBC | Newark | Claire C. Cecchi, D.J. James B. Clark, III, M.J. |
| 39. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.50.215.129 | 2:14-cv-06954-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |

4

| | | | | |
|---|---|---|---|---|
| 40. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.53.124.143 | 2:14-cv-06955-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 41. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.53.180.198 | 2:14-cv-06958-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 42. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 50.182.77.86 | 2:14-cv-06959-SDW-SCM | Newark | Susan D. Wigenton, D.J. Steven C. Mannion, M.J. |
| 43. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.32.233.76 | 2:14-cv-06962-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 44. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.37.123.178 | 3:14-cv-06969-JAP-LHG | Trenton | Joel A. Pisano, D.J. Lois H. Goodman, M.J. |
| 45. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.248.192.232 | 2:14-cv-06973-CCC-MF | Newark | Claire C. Cecchi, D.J. Mark Falk, M.J. |
| 46. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 71.187.38.241 | 2:14-cv-06974-FSH-MAH | Newark | Faith S. Hochberg, D.J. Michael A. Hammer, M.J. |
| 47. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 71.187.53.4 | 2:14-cv-06975-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 48. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.102.71.163 | 3:14-cv-06971-MAS-TJB | Trenton | Michael A. Shipp, D.J. Tonianne J. Bongiovanni, M.J. |
| 49. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 76.117.28.225 | 2:14-cv-06976-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 50. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 96.242.172.66 | 2:14-cv-06977-KM-SCM | Newark | Kevin McNulty, D.J. Steven C. Mannion, M.J. |
| 51. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 98.109.217.180 | 2:14-cv-06978-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |
| 52. | Malibu Media, LLC v. | 3:14-cv-06988-FLW-LHG | Trenton | Freda L. Wolfson, D.J. |

5

| | | | | |
|---|---|---|---|---|
| | John Doe Subscriber assigned IP address 98.110.26.55 | | | Lois H. Goodman, M.J. |
| 53. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 100.1.111.172 | 2:14-cv-07517-FSH-JBC | Newark | Faith S. Hochberg, D.J. James B. Clark, M.J. |
| 54. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 108.53.86.97 | 2:14-cv-07518-FSH-MAH | Newark | Faith S. Hochberg, D.J. Michael A. Hammer, M.J. |
| 55. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.54.0.94 | 3:14-cv-07501-FLW-TJB | Trenton | Freda L. Wolfson, D.J. Tonianne J. Bongiovanni, M.J. |
| 56. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.61.179.197 | 3:14-cv-07502-JAP-TJB | Trenton | Joel A. Pisano, D.J. Tonianne J. Bongiovanni, M.J. |
| 57. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.63.114.13 | 2:14-cv-07520-ES-MAH | Newark | Esther Salas, D.J. Michael A. Hammer, M.J. |
| 58. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.70.41.5 | 2:14-cv-07562-SDW-SCM | Newark | Susan D. Wigenton, D.J. Steven C. Mannion, M.J. |
| 59. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.72.43.146 | 3:14-cv-07544-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J. |
| 60. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 174.57.148.137 | 2:14-cv-07564-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 61. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 50.182.151.161 | 2:14-cv-07565-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 62. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.36.5.175 | 2:14-cv-07566-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 63. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.37.69.48 | 3:14-cv-07581-MAS-TJB | Trenton | Michael A. Shipp. D.J. Tonianne J. Bongiovanni, M.J. |
| 64. | Malibu Media, LLC v. | 2:14-cv-07596-KM-MAH | Newark | Kevin McNulty, D.J. |

| | | | | |
|---|---|---|---|---|
| | John Doe Subscriber assigned IP address 68.39.32.194 | | | Michael A. Hammer, M.J. |
| 65. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.44.56.117 | 2:14-cv-07597-WHW-CLW | Newark | William H. Walls, D.J. Cathy L. Waldor, M.J. |
| 66. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.141.252.134 | 3:14-cv-07586-PGS-DEA | Trenton | Peter G. Sheridan, D.J. Douglas E. Arpert, M.J. |
| 67. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.142.248.218 | 3:14-cv-07588-PGS-LHG | Trenton | Peter G. Sheridan, D.J. Lois H. Goodman, M.J. |
| 68. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.248.248.217 | 2:14-cv-07599-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 69. | Malibu Media, LLC v. v. John Doe Subscriber assigned IP address 71.172.69.101 | 2:14-cv-07601-FSH-JBC | Newark | Faith S. Hochberg, D.J. James B. Clark, M.J. |
| 70. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.102.31.55 | 2:14-cv-07602-ES-MAH | Newark | Esther Salas, D.J. Michael A. Hammer, M.J. |
| 71. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.105.13.151 | 2:14-cv-07603-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 72. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 74.105.43.211 | 2:14-cv-07611-KM-SCM | Newark | Kevin McNulty, D.J. Steven C. Mannion, M.J. |
| 73. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 76.116.116.240 | 3:14-cv-07591-MAS-TJB | Trenton | Michael A. Shipp, D.J. Tonianne J. Bongiovanni, M.J. |
| 74. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 76.116.64.146 | 2:14-cv-07610-KSH-CLW | Newark | Katharine S. Hayden, D.J. Cathy L. Waldor, M.J. |
| 75. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 96.242.140.114 | 2:14-cv-07609-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 76. | Malibu Media, LLC v. John Doe Subscriber | 2:14-cv-07608-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |

7

| | | | | |
|---|---|---|---|---|
| | assigned IP address 98.109.11.180 | | | |
| 77. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 98.221.134.44 | 3:14-cv-07590-PGS-LHG | Trenton | Peter G. Sheridan, D.J. Lois H. Goodman, M.J. |
| 78. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.2.35.204 | 3:15-cv-00015-MLC-DEA | Trenton | Mary L. Cooper, D.J. Douglas E. Arpert, M.J. |
| 79. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 173.71.117.180 | 3:15-cv-00016-AET-DEA | Trenton | Anne E. Thompson, D.J. Douglas E. Arpert, M.J. |
| 80. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 24.47.236.239 | 3:15-cv-00019-PGS-LHG | Trenton | Peter G. Sheridan, D.J. Lois H. Goodman, M.J. |
| 81. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 65.51.197.26 | 3:15-cv-00020-PGS-TJB | Trenton | Peter G. Sheridan, D.J. Tonianne J. Bongiovanni, M.J. |
| 82. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.80.159.63 | 3:15-cv-00021-FLW-TJB | Trenton | Freda L. Wolfson, D.J. Tonianne J. Bongiovanni, M.J. |
| 83. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.84.196.148 | 3:15-cv-00022-AET-TJB | Trenton | Anne E. Thompson, D.J. Tonianne J. Bongiovanni, M.J. |
| 84. | **Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.118.20.49** | 3:15-cv-00052-FLW-TJB | Trenton | Freda L. Wolfson, D.J. Tonianne J. Bongiovanni, M.J. |
| 85. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.119.189.253 | 3:15-cv-00062-JAP-TJB | Trenton | Joel A. Pisano, D.J. Tonianne J. Bongiovanni, M.J. |
| 86. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 24.185.11.20 | 2:15-cv-00027-CCC-MF | Newark | Claire C. Cecchi, D.J. Mark Falk, M.J. |
| 87. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 24.228.7.156 | 2:15-cv-00028-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |

8

| | | | | |
|---|---|---|---|---|
| 88. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 24.228.78.160 | 2:15-cv-00029-WHW-CLW | Newark | William H. Walls, D.J. Cathy L. Waldor, M.J. |
| 89. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 24.47.236.239 | 3:15-cv-00019-PGS-LHG | Trenton | Peter G. Sheridan, D.J. Lois H. Goodman, M.J. |
| 90. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 47.16.87.209 | 2:15-cv-00030-KSH-CLW | Newark | Katharine S. Hayden, D.J. Cathy L. Waldor, M.J. |
| 91. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.81.80.222 | 2:15-cv-00033-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 92. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.83.142.228 | 2:15-cv-00034-CCC-JBC | Newark | Claire C. Cecchi, D.J. James B. Clark, M.J. |
| 93. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.84.196.148 | 3:15-cv-00022-AET-TJB | Trenton | Anne E. Thompson, D.J. Tonianne J. Bongiovanni, M.J. |
| 94. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 67.85.121.26 | 2:15-cv-00035-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 95. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.194.2.219 | 2:15-cv-00036-ES-MAH | Newark | Esther Salas, D.J. Michael A. Hammer, M.J. |
| 96. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.196.106.137 | 2:15-cv-00037-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 97. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.196.80.122 | 2:15-cv-00039-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 98. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.199.153.85 | 2:15-cv-00041-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 99. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 68.199.240.202 | 2:15-cv-00042-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |

| | | | | |
|---|---|---|---|---|
| 100. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.115.123.21 | 2:15-cv-00043-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 101. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.118.67.195 | 2:15-cv-00085-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 102. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.121.116.72 | 2:15-cv-00086-CCC-JBC | Newark | Claire C. Cecchi, D.J. James B. Clark, M.J. |
| 103. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.126.131.216 | 2:15-cv-00087-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 104. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 69.127.255.224 | 2:15-cv-00088-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |
| 105. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 98.109.109.5 | 2:15-cv-00089-KM-SCM | Newark | Kevin McNulty, D.J. Steven S. Mannion, M.J. |
| 106. | Malibu Media, LLC v. John Doe Subscriber assigned IP address 98.109.82.39 | 2:15-cv-00100-SDW-SCM | Newark | Susan D. Wigenton, D.J. Steven S. Mannion, M.J. |

Dated: January 21, 2015              Respectfully submitted,

By:     /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*